Khaliah Sproul
1466 Higbee Street
Philadelphia, PA 19149

Bankruptcy Clerk's Office
900 Market Street
Suite 400
Philadelphia, PA 19107

9/27/2020

RE: Case Number: 19-13648-jkf

To Whom It May Concern,

There is some incorrect information that is reported to the credit bureaus in relation to my bankruptcy. I have disputed this information and was informed that the information was verified by the Bankruptcy Court. I am requesting that you send me the information that was sent to the credit bureaus.

I can be reached at the address above.

Thank you in advance!

Khaliah Sproul

FILED
OCT - 1 2020
TIMOTHY McGRATH, CLERK
DEP. CLERK
BY