Timothy B. McGrath
Clerk of Court

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA
Robert N.C. Nix Building
900 MARKET STREET
Suite 400
PHILADELPHIA, PA   19107-4299

Clerk's  Office
Telephone
(215) 408-2800

Divisional Office
Suite 300 The Madison
400 Washington Street
Reading, PA  19601
(610) 320-5255

October 2, 2020

Kevin Sproul
1466 Higbee St.
Phila., PA 19149

Re:19-13648JKF

Dear     Mr. Spoul:    ,

     This is in response to your recent letter regarding your credit report.  It is not the policy of

the court to report to any credit agency, nor do we intercede with the removal of questionable

reporting.

If you have any questions , you may contact us at 215-408-2800.

Very truly yours,

Timothy B. McGrath
Clerk of Court


BY:_____Randi Janoff_____

          Deputy Clerk